IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br> as Broadcast Licensee of the March 8, 2014 <br> "Toe to Toe" Saul Alvarez v. Alfredo Angulo Light <br> Middleweight Championship Fight Program, <br><br> Plaintiff, <br><br> v. <br><br> 1) S.D.B.D., INC., individually, and d/b/a DAVID'S <br> a/k/a DAVID'S BAR; and <br> 2) SYLVIA B. SOTO, individually, and d/b/a <br> DAVID'S a/k/a DAVID'S BAR, <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § Civil Action No. 5:17-cv-00164-FB <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## MOTION FOR ENTRY OF AGREED JUDGMENT

Plaintiff J&J Sports Productions, Inc. ("Plaintiff") and Defendants 1) S.D.B.D., Inc., individually, and d/b/a David's a/k/a David's Bar ("S.D.B.D."); and 2) Sylvia B. Soto, individually, and d/b/a David's a/k/a David's Bar ("Soto") (collectively "Defendants") announce to the Court that the parties request entry of the attached *Agreed Judgment*.

Therefore, Plaintiff requests that the Court sign the *Agreed Judgment* attached hereto that has been executed by the parties.

Respectfully submitted,

By: /s/ _____
    David M. Diaz
    Attorney-in-Charge
    State Bar No. 24012528
    ddiaz@kbdtexas.com
    Andrew R. Korn
    Of Counsel
    State Bar No. 11683150
    akorn@kbdtexas.com

THE KORN DIAZ FIRM
4221 Avondale Ave.
Dallas, Texas 75219
(214) 521-8800 – Telephone
(214) 521-8821 – Facsimile

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that a copy of this instrument was served on September 19, 2018, as follows:

Martin Golando                                                   VIA ECF
Jose Garza
Michael Moran
GARZA GOLANDO MORGAN, PLLC
115 E. Travis St., Ste. 1235
San Antonio, Texas 78205

ATTORNEYS FOR DEFENDANTS

By: /s/ _____
    David M. Diaz