FILED
SEP 2 4 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the March 8, 2014 "Toe to Toe" Saul Alvarez v. Alfredo Angulo Light Middleweight Championship Fight Program,<br><br>Plaintiff,<br><br>v.<br><br>1) S.D.B.D., INC., individually, and d/b/a DAVID'S a/k/a DAVID'S BAR; and<br>2) SYLVIA B. SOTO, individually, and d/b/a DAVID'S a/k/a DAVID'S BAR,<br><br>Defendants. | §§§§§§§§§§§§§§§§ | Civil Action No. 5:17-cv-00164-FB |

## AGREED JUDGMENT

Plaintiff J&J Sports Productions, Inc. ("Plaintiff") and Defendants 1) S.D.B.D., Inc., individually, and d/b/a David's a/k/a David's Bar; and 2) Sylvia B. Soto, individually, and d/b/a David's a/k/a David's Bar (collectively "Defendants") agree that the Court should sign and cause to be entered this *Agreed Judgment* in favor of Plaintiff and against Defendants.

IT IS, THEREFORE, ADJUDGED and DECREED that Plaintiff recover from Defendants:

- Damages in the amount of $18,000.00;

- Court costs; and

- Interest on all sums awarded herein, compounded annually, at the rate of five percent (5%) from the date of entry of this *Agreed Judgment*.

It is ordered that all writs and process for the enforcement and collection of this *Agreed Judgment* may issue as necessary. In connection with any Writ of Execution in this case, the

Court directs the United States Marshals Service to use any means or force reasonably necessary to satisfy this *Agreed Judgment*.

This *Agreed Judgment* is a final judgment. Therefore, any relief not expressly granted herein is denied.

It is so ORDERED.

SIGNED this __24th__ day of __September__, 2018.

FRED BIERY
UNITED STATES DISTRICT JUDGE

AGREED TO:

By: /s/ *David M. Diaz*
    David M. Diaz
    Attorney-in-charge
    State Bar No. 24012528
    ddiaz@kbdtexas.com
    Andrew R. Korn
    Of Counsel
    State Bar No. 11683150
    akorn@kbdtexas.com

THE KORN DIAZ FIRM
4221 Avondale Avenue
Dallas, Texas 75219
(214) 521-8800 – Telephone
(214) 521-8821 – Facsimile

ATTORNEYS FOR PLAINTIFF

By: /s/ *Martin Golando*
    Martin Golando
    Attorney-in-Charge
    State Bar No. 24059153
    martin.golando@gmail.com
    Michael Moran
    State Bar No. 2409285
    michael@ggmtx.com
    Jose Garza
    State Bar No. 0773195
    garzpalm@aol.com

GARZA GOLANDO MORGAN, PLLC
115 E. Travis St., Ste. 1235
San Antonio, Texas 78205
(210) 892-8543 - Telephone

ATTORNEYS FOR DEFENDANTS